IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


GARY RUSSELL CLAYTON,

      Petitioner,

v.                                                                CASE NO. 1:07-cv-00262-MP-AK

JAMES MCDONOUGH,

      Respondent.

_____/

# O R D E R

      This matter is before the Court on Doc. 15, Report and Recommendation of the

Magistrate Judge, recommending that this motion under 28 U.S.C. § 2254 be denied as untimely.

Petitioner filed a motion for extension of time to respond, doc. 16, in which he indicated that he

might have had other collateral attacks pending which rendered his § 2254 motion timely.  The

Court granted the motion in doc. 17, and Petitioner filed various exhibits at doc. 18, supporting

his claim that other state collateral attacks were pending and tolled his 1-year filing deadline.

For this reason, the Report and Recommendation is rejected, and this matter remanded to the

Magistrate Judge to issue a new Report and Recommendation concerning whether the documents

filed at doc. 18 changes the timeliness analysis in this case.

      **DONE AND ORDERED** this _4th_ day of November, 2008


         *s/Maurice M. Paul*
         Maurice M. Paul, Senior District Judge