IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GARY RUSSELL CLAYTON,

    Petitioner,

v.                                                CASE NO. 1:07-cv-00262-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 22, Motion to Extend Time to File Objections to Report and Recommendation, filed by Gary Russell Clayton. The motion is granted, and Mr. Clayton shall file any objections by Friday, February 13, 2009.

    **DONE AND ORDERED** this *21st* day of January, 2009

                                *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge