IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GARY RUSSELL CLAYTON,

    Petitioner,

v.                                                               CASE NO. 1:07-cv-00262-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

## **O R D E R**

       This matter is before the Court on Doc. 21, Report and Recommendation of the Magistrate Judge, recommending that the habeas petition in this case be dismissed as untimely. Previously, in Doc. 15, the Magistrate Judge made the same recommendation, but the Petitioner filed an objection setting out various state collateral attacks that may not have been considered by the Magistrate Judge. Based on that, the Court rejected the Magistrate Judge's recommendation and remanded the case for further analysis. Now, after considering all the documents, the Magistrate Judge again recommends that the petition was untimely. The Petitioner has filed objections, Doc. 24, which the Court has reviewed. The Court agrees that by March 17, 2003, 390 days had elapsed and counted toward the one-year federal habeas limitation. Therefore, nothing filed after that date could toll the time for filing. The Court has reviewed the documents attached to Doc. 24, and none of them provide any potential for further

tolling of the one-year limitation.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The petition in this case is dismissed as untimely, and the Clerk is directed to close the file.

    **DONE AND ORDERED** this  *30th*   day of March, 2009

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge